Decided April 16, 1968

HOWARD W. SESSIONS *v.* ARTHUR S. SACHS ET AL.

The motion by the defendants to strike, among other things, certain assignments of error in the appeal from the Superior Court in Hartford County is denied.

*David B. Beizer,* assistant attorney general, in support of the motion.

*Howard W. Sessions,* pro se, in opposition.

The request by the plaintiff for a hearing on the defendants' motion to strike is denied.

Submitted March 25—decided April 23, 1968

JOHN LUCAS *v.* CITY OF BRIDGEPORT ET AL.

The petition by the defendant Miko Brothers, Inc., for refund of its entry fee in the appeal from the Court of Common Pleas in Fairfield County is denied.

*J. Roger Shull,* in support of the petition.